**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 24, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00421-CV

---

**QUINTIN ARCHIE, Appellant**

**V.**

**VALVTECHNOLOGIES, INC., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-26189**

---

## MEMORANDUM OPINION

This is an appeal from an order signed May 14, 2019. On September 16, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.